IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.

NO.  3:18-CR-45-001(CAR)

**LEE THORNTON HOWARD**

## ORDER

For good and sufficient cause made known to the Court, the Motion for Removal of Restrictions to Internet Access and Internet Enabled Devices and Motion to Remove Condition of Disclosure of Cell Phone Contacts filed December 3, 2025, is hereby **DENIED.**

SO ORDERED this 24 day of Feb_____, 2026.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: CLM