## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

UNITED STATES OF AMERICA

v.

NO. 3:18-CR-45-001(CAR)

LEE THORNTON HOWARD

## ORDER

On November 12, 2024, Lee Thornton Howard was granted permission to reside at 150 Parkridge Drive, Athens, Georgia; however, increased risks to the community render the residence inappropriate.

For good and sufficient cause shown to the Court, **IT IS HEREBY ORDERED** that the order granting permission to reside at 150 Parkridge Drive, Athens, Georgia, be revoked. The defendant shall make other housing arrangements as soon as possible but no later than 60 days after the filing of this Order.

SO ORDERED this __24__ day of February 2026.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE